IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL |
| | : | |
| v. | : | |
| | : | |
| JONATHAN PAUL WIKTORCHIK | : | NO.: 10-cr-0064-1 |

## O R D E R

**AND NOW**, this 3rd day of January, 2020, it is hereby

**ORDERED** that the above-captioned case is reassigned at random pursuant to Local Rule 50.1 of the Local Rules of Criminal Procedure from the calendar of the Honorable Robert F. Kelly to the calendar of the Honorable Petrese B. Tucker.

FOR THE COURT:

_____
JUAN R. SÁNCHEZ
Chief Judge