U.S. District Judge Petrese B. Tucker
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106
October 5, 2020

10-CR-64

Dear Judge Tucker:

   I have been working on my compassionate release 18 U.S.C. 3582 (c)(1)(A)(i) (Cares Act) as a pro se since April, with the intention of placing my Petition in your court. However, the administrative remedy has been stalled by the B.O.P. at the BP-10 Regional Appeal level.

   They have had my appeal for 116 days. My Unit Manager learned that it was denied on 8/26/2020. but they "cannot find it." I need outside assistance and cannot continue to do this by myself.

   It is my understanding I must request appointed legal counsel from you for that to occur. With this in mind, your Honor, please appoint legal counsel for me. Thank you very much.

                                                  Respectfully Submitted,

                                                Jonathan Wiktorchik
                                                Reg. No. 64850-066
                                                Docket Number 2:10-cr-00064
                                                Unit 5711
                                                FCI Fort Dix
                                                P.O. Box 2000
                                                Joint Base/MDL, NJ 08640

FILED
OCT 07 2020
KATE BARKMAN, Clerk
By _____ Dep. Clerk



WINBRINN 01000000
UNIT 5711
F.C.I. FT. DIX
P.O. BOX 2000
JOINT BASE MDL, NJ 08640

TRENTON NJ 085
5 OCT 2020 PM 6 L

U.S. DISTRICT JUDGE PETRESE B. TUCKER
U.S.M.S.
X-RAY
U.S. COURTHOUSE
601 MARKET STREET
PHILA., PA 19106

19106-179699