IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JONATHAN PAUL WIKTORCHIK,<br><br>Defendant. | CRIMINAL ACTION<br>NO. 10-CR-064 |

### ORDER

**AND NOW**, this 9th day of August 2023, upon consideration of Defendant's Motion for Compassionate Release (Doc. No. 116), the Government's Response in Opposition (Doc. No. 117), and Defendant's Reply and Motion to Amend the Motion for Compassionate Release (Doc. No. 121), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. Defendant's Motion to Amend the Motion for Compassionate Release (Doc. No. 121) is **GRANTED IN PART** and **DENIED IN PART.** Defendant's Motion for Compassionate Release (Doc. No. 116) is **AMENDED** to include the additional information provided in the Motion to Amend (Doc. No. 121). Defendant's Motion to Amend (Doc. No. 121) is **DENIED** with respect to any request for compassionate release.

2. Defendant's Motion for Compassionate Release (Doc. No. 116) is **DENIED.**

BY THE COURT:

/s/Joel H. Slomsky, J.
_____
JOEL H. SLOMSKY, J.